**52  CONWAY vs. CIRCUIT JUDGE (Ionia), 46 M., 28.**

To vacate an order dismissing garnishee proceedings, founded on an affidavit which fails to show the nature of the contract of the principal defendants or to identify it with the cause of action in suit.

Denied, with costs, April 13, 1881.


**53  WHITNEY vs. CIRCUIT JUDGE (Kent), 38 M., 308.**

To compel respondent to set aside proceedings under a capias, because not made returnable on the first day of term.

Granted January 29, 1878.


**54  NICHOLS vs. CIRCUIT JUDGE (Ingham), No. 16201½.**

To require respondent to vacate an order dismissing a capias ad respondendum and discharging the appearance bail.

Order to show cause denied April 14, 1897.

The action was for breach of promise of marriage.


**55  DOUGLASS ET AL. vs. CIRCUIT JUDGE (Manistee), 42 M., 495.**

To compel respondent to vacate an order discharging from custody a defendant taken upon a capias ad satisfaciendum.

Denied January 20, 1880.

The execution issued May 13, 1878, but was not returned until July 9, 1879. Held, that the defendants could not be taken on a capias issued over three months after the return day of the execution. Held, further, that an answer would be disregarded if only drafted by the attorneys in the case without being submitted to the respondent and approved by him.

The case was however treated as on demurrer to the relator's showing.